■ In the Matter of TOWN OF OYSTER BAY, Petitioner, v THOMAS A. MAUL, as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, et al., Respondents. [650 NYS2d 582] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Thomas A. Maul, Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, dated August 8, 1995, which, after a hearing, rejected the petitioner's objection to the establishment of a community residential facility for the disabled in the Town of Oyster Bay.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with one bill of costs to the respondents appearing separately and filing separate briefs.

The determination of the New York State Office of Mental Retardation and Developmental Disabilities was supported by substantial evidence (*see, Matter of Town of Oyster Bay v Maul,* 231 AD2d 580; *Matter of Town of Brookhaven v New York State Off. of Mental Health,* 214 AD2d 617; *Matter of Town of Mount Pleasant v New York State Off. of Mental Health,* 200 AD2d 576). Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN ANGLIN, Appellant. [650 NYS2d 578] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 1, 1995, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's argument concerning the alleged ineffective assistance of his counsel is without merit (*see, People v Rivera,* 71 NY2d 705; *People v Wood,* 150 AD2d 411; *People v Hayes,* 186 AD2d 268). The defendant's remaining argument is unpreserved for appellate review (*see, People v Pellegrino,* 60 NY2d 636) and, in any event, is without merit (*see, People v Harris,* 61 NY2d 9). Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.